**UNITED STATES of America,
Plaintiff–Appellee,**

v.

**Ulyses JUAREZ–AGUILAR,
Defendant–Appellant.**

**No. 09–50375.**

United States Court of Appeals,
Ninth Circuit.

Submitted July 19, 2010.*

Filed Aug. 2, 2010.

Matthew John Gardner, Office of the U.S. Attorney, San Diego, CA, for Plaintiff–Appellee.

Shaffy Moeel, Esquire, Federal Defenders of San Diego, Inc., San Diego, CA, for Defendant–Appellant.

Before: B. FLETCHER, REINHARDT, and WARDLAW, Circuit Judges.

MEMORANDUM **

Ulyses Juarez–Aguilar appeals from the 46–month sentence imposed following his guilty-plea conviction for being a deported alien found in the United States, in violation of 8 U.S.C. § 1326. We have jurisdiction under 28 U.S.C. § 1291, and we affirm.

. Juarez–Aguilar contends the district court erred when it applied a 16–level "crime of violence" adjustment under U.S.S.G. § 2L1.2(b)(1)(A)(ii), based on his prior conviction for inflicting corporal injury on a spouse, in violation of California Penal Code § 273.5. Juarez–Aguilar's contention is foreclosed by *United States v. Laurico–Yeno,* 590 F.3d 818, 823 (9th Cir. 2010) (holding that a conviction under California Penal Code § 273.5 is categorically a "crime of violence" under the Guidelines because the offense requires the intentional use of physical force against the person of another).

As Juarez–Aguilar concedes, his contention that his Fifth and Sixth Amendment rights were violated is foreclosed. *See, e.g., United States v. Covian–Sandoval,* 462 F.3d 1090, 1096–97 (9th Cir.2006); *see also United States v. Grisel,* 488 F.3d 844, 846 (9th Cir.2007) (en banc).

**AFFIRMED.**

---

* The panel unanimously concludes this case is suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

** This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.